ler, and W. W. Sutton, for defendants in error.

LESTER, J. The identical question here presented was involved in No. 18375, Thomas L. Eggleston, Sr., v. Sinclair Oil & Gas Co. et al., this day decided by this court (132 Okla. 81, 269 Pac. 306), and by stipulation of the parties, this case was submitted on the same briefs and oral argument.

The decision in Eggleston, Sr., v. Sinclair Oil & Gas Co. et al., supra, is therefore controlling here, and upon authority of that case it is ordered that the judgment herein be, and the same is hereby, affirmed.

MASON, V. C. J., and HARRISON, PHELPS, HUNT, CLARK, RILEY, and HEFNER, JJ., concur.

---

### EGGLESTON v. SINCLAIR OIL & GAS CO. et al.

No. 18378. Opinion Filed May 29, 1928.

(Syllabus.)

**Oil and Gas—Instrument Construed as Lease Forfeited by Abandonment.**

The judgment of the trial court is affirmed upon the authority of case No. 18375, Thomas L. Eggleston, Sr., v. Sinclair Oil & Gas Company et al., this day decided (132 Okla. 81, 269 Pac. 306).

Error from District Court, Garfield County; James B. Cullison, Judge.

Action by Thomas L. Eggleston, Sr., against the Sinclair Oil & Gas Company et al. Judgment for defendants, and plaintiff brings error. Affirmed.

Snyder, Owen & Lybrand, for plaintiff in error.

Edw. H. Chandler, Wm. O. Beall, Thos. J. Hanlon, Summers Hardy, Robert L. Imler, and W. W. Sutton, for defendants in error.

LESTER, J. The identical question here presented was involved in No. 18375, Thomas L. Eggleston, Sr., v. Sinclair Oil & Gas Co. et al., this day decided by this court (132 Okla. 81, 269 Pac. 306), and by stipulation of the parties, this case was submitted on the same briefs and oral argument.

The decision in Eggleston, Sr., v. Sinclair Oil & Gas Co. et al., supra, is therefore controlling here, and upon authority of that case, it is ordered that the judgment herein be, and the same is hereby, affirmed.

MASON, V. C. J., and HARRISON, PHELPS, HUNT, CLARK, RILEY, and HEFNER, JJ., concur.

---

### EGGLESTON v. SINCLAIR OIL & GAS CO. et al.

No. 18376. Opinion Filed May 29, 1928.

(Syllabus.)

**Oil and Gas—Instrument Construed as Lease Forfeited by Abandonment.**

The judgment of the trial court is affirmed upon the authority of case No. 18375, Thomas L. Eggleston, Sr., v. Sinclair Oil & Gas Co., Garfield Oil Co., Laura Crews et al., this day decided (132 Okla. 81, 269 Pac. 306).

Error from District Court, Garfield County; James B. Cullison, Judge.

Action by Thomas L. Eggleston, Sr., against the Sinclair Oil & Gas Company et al. Judgment for defendants, and plaintiff brings error. Affirmed.

Snyder, Owen & Lybrand, for plaintiff in error.

Edw. H. Chandler, Wm. O. Beall, Thos. J. Hanlon, Summers Hardy, Robert L. Imler, and W. W. Sutton, for defendants in error.

LESTER, J. The identical question here presented was involved in No. 18375, Thomas L. Eggleston, Sr., v. Sinclair Oil & Gas Company et al., this day desided by this court (132 Okla. 81, 269 Pac. 306), and by stipulation of the parties, this case was submitted on the same briefs and oral argument .

The decision in Eggleston, Sr., v. Sinclair Oil & Gas Co. et al., supra, is therefore controlling here, and upon authority of that case it is ordered that the judgment herein be, and the same is hereby, affirmed.

MASON, V. C. J., and HARRISON, PHELPS, HUNT, CLARK, RILEY, and HEFNER, JJ., concur.

---

### DANCY et al. v. PEEBLY et al.

No. 19589. Opinion Filed July 28, 1928.

(Syllabus.)

1. **Elections—Electors Entitled to Direct Vote for Opposing Candidates in Primary—Legislature Without Power to Substitute Such Right.**

By virtue of section 5, art. 3 of the Con-